UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE CORROL JONES,<br><br>    Plaintiff,<br> v.<br><br>WASHINGTON DEPARTMENT OF EMPLOYMENT SECURITY et al.,<br><br>    Defendants. | CASE NO. 3:24-cv-05322-DGE<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

  On September 24, 2025, the Court held a hearing on the parties' discovery dispute. (Dkt. No. 38.) With respect to the first issue raised, the Court found Plaintiff's requests for production were not relevant to his claims under the Americans with Disabilities Act and the Family and Medical Leave Act. As for the second issue raised, the Court found Plaintiff's requests for production regarding prior settlements were overly broad and not sufficiently tailored to identify admissible evidence.

MINUTE ORDER - 1

With respect to the third issue raised, the Court extended the discovery deadline to **November 5, 2025**, solely for the purpose of permitting the parties to produce outstanding documents and complete depositions.  The Court also extended the dispositive motions deadline to **December 1, 2025**.

Dated this 24th day of September, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.