UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE CORROL JONES, | CASE NO. 3:24-cv-05322-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON DEPARTMENT OF EMPLOYMENT SECURITY et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Before the Court is Plaintiff's Motion for a Protective Order and Request for Sanctions. (Dkt. No. 43.) Plaintiff objects to Defendant's request for his mental health treatment records and his social media posts. (*Id.* at 3–4.) Plaintiff further objects to some of Defendant's alleged conduct during discovery. (*Id.* at 4–6.) Plaintiff's motion (Dkt. No. 43) is STRICKEN pursuant to the Court's established discovery dispute resolution procedure, with which the parties are familiar. The parties shall meet and confer to discuss the discovery dispute(s) and to attempt to

MINUTE ORDER - 1

resolve the dispute(s). If their meet and confer proves unsuccessful, the parties shall prepare and file a joint discovery dispute statement. After which, the Court will schedule a discovery dispute hearing.

Dated this 6th day of October, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.