UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE CARROL JONES,<br><br>                Plaintiff,<br>    v.<br><br>WASHINGTON DEPARTMENT OF EMPLOYMENT SECURITY et al.,<br><br>                Defendant. | CASE NO. 3:24-cv-05322-DGE<br><br>ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NOS. 56–64) |

      Before the Court is an example of (1) how not to file a motion for summary judgment and the documents purportedly supporting the motion, and (2) how to waste the Court's time and resources by forcing it to assess what a party has filed.

      On December 1, 2025, Defendant State of Washington Department of Employment Security filed nine separate documents each entitled "motion for summary judgment":

      Dkt. No. 56:  a 25-page motion for summary judgment with a proposed order

      Dkt. No. 57:  the ***same*** 25-page motion with four subdocuments, but not properly organized

Dkt. No. 58:  the *same* 25-page motion with 11 subdocuments, again not properly organized

Dkt. No. 59:  the *same* 25-page motion with one declaration

Dkt. No. 60:  the *same* 25-page motion with documents unattached to any declaration (but possibly related to the declaration in Dkt. No. 59-1)

Dkt. No. 61:  the *same* 25-page motion with one document unattached to any declaration but possibly related to the declaration in Dkt. No. 59-1

Dkt. No. 62:  the *same* 25-page motion with one document unattached to any declaration but possibly related to the declaration in Dkt. No. 59-1

Dkt. No. 63:  the *same* 25-page motion with one document unattached to any declaration but possibly related to the declaration in Dkt. No. 59-1

Dkt. No. 64:  the *same* 25-page motion with one document unattached to any declaration but possibly related to the declaration in Dkt. No. 59-1

It is clear defense counsel requires assistance in using the Court CM/ECF system. Defense counsel is directed to contact immediately the Clerk's office to learn how to properly file and organize documents on CM/ECF.

Because the above filings are disorganized, create confusion, and would otherwise force the Court to attempt to organize Defendant's filings, Dkt. Nos. 57 through 64 (inclusive of any subdocuments) are hereby STRICKEN.  Defendant SHALL refile *properly organized* declarations supporting its motion for summary judgment **no later than 5:00 p.m. December 3, 2025**.  Each declaration should be filed as its own docket entry and then the exhibits to each declaration should be filed as a subdocket to the declaration.  If the declarations are not properly filed as directed herein, the Court will deny the motion for summary judgment.

1    Upon filing of the properly organized declarations, the Clerk is directed to renote this
2 motion based on a December 3, 2025 filing date.
3    Dated this 2nd day of December, 2025.

David G. Estudillo
United States District Judge