UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WAYNE CARROL JONES,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>WASHINGTON DEPARTMENT OF EMPLOYMENT SECURITY et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:24-cv-05322-DGE<br><br>MINUTE ORDER STRIKING MOTION FOR SUMMARY JUDGMENT (DKT. NO. 56) |

　　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　　Pursuant to the Court's Order (Dkt. No. 65), Defendants refiled their motion for summary judgment (Dkt. No. 66) and filed 15 declarations with, if applicable, their associated exhibits (Dkt. Nos. 67–81). While the declarations now appear suitably filed, there are two motions for summary judgment (*see* Dkt. Nos. 56, 66). Accordingly, the Court finds and ORDERS that:

1. The Department's motion for summary judgment filed at Dkt. No. 56 is STRICKEN as duplicative.

2. The Department's motion for summary judgment filed at Dkt. No. 66 shall remain as the operative motion.

Dated this 5th day of December, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.